**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| THERESA GOSKIE,           )<br>          Plaintiff,           )<br>                                      )<br>VS.                                )<br>                                      )<br>TAP ENTERPRISES, INC., d/b/a )<br>Cummins Industrial Tools,    )<br>                                      )<br>          Defendant.         ) | NO. CV 07-46-DRH |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: June 11, 2007.**

                                        **NORBERT G. JAWORSKI, Clerk**

                                         s/ Patricia A. Brown
                                        By: Patricia A. Brown, Deputy Clerk


APPROVED: /s/     David  RHerndon
                **DISTRICT JUDGE**